IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:06CR209
                             )
      v.                     )
                             )
RAYMOND MENDOZA,             )         ORDER
                             )
            Defendant.       )
_____)
```

The Court has been advised that defendant wishes to enter a plea. Accordingly,

IT IS ORDERED that Rule 11 hearing is scheduled for:

**Friday, October 20, 2006, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. Defendant has a revocation of supervised release pending before this Court (United States v. Raymond Otero (8:02CR176)), and the final dispositional hearing is scheduled for October 20, 2006. In the interests of judicial economy, the Rule 11 hearing will be scheduled at the same time. Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between September 27, 2006, and October 20, 2006,

shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 27th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court