IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR209 |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND MENDOZA, | ) | PRELIMINARY ORDER |
| | ) | OF FORFEITURE |
| Defendant. | ) | |

This matter is before the Court upon the United States' Motion for Issuance of Preliminary Order of Forfeiture and <u>Memorandum</u> Brief (Filing No. 61). The Court has reviewed the record in this case and finds as follows:

      1. Defendant, Raymond Mendoza, has entered into a Plea Agreement, whereby he has agreed to plead guilty to Counts II and IV of said Indictment. Count II of said Indictment charges the defendant with distribution of methamphetamine (actual), a violation of 21 U.S.C. § 841(a). Count VI of said Indictment charges the defendant, Raymond Mendoza, with using a 1993 Cadillac Eldorado, VIN 1G6EL1298PU601841, on the basis it was involved or used in the knowing commission of the offense charged in Count II of the Indictment filed herein. Pursuant to a Plea Agreement, the defendant, Raymond Mendoza, also agreed to forfeit $3,972.00 in United States currency seized from him on June 28, 2006.

      2. By virtue of said pleas of guilty, the defendant forfeits his interest in the subject properties, and the United States should be entitled to possession of said properties, pursuant to 21 U.S.C. § 853.

3. The United States' Motion for Issuance of Preliminary Order of Forfeiture should be sustained.

IT IS ORDERED:

A. The United States' Motion for Issuance of Preliminary Order of Forfeiture is sustained.

B. Based upon Count IV of the Indictment and the defendant's plea of guilty, the Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska ("ATF") is hereby authorized to seize the following-described properties:

    a.    a 1993 Cadillac Eldorado, VIN 1G6EL1298PU601841

    b.    $3,972.00 in United States currency

C. Defendant's interest in said properties is hereby forfeited to the United States of America for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

D. The aforementioned forfeited properties are to be held by ATF in its secure custody and control.

E. Pursuant to 21 U.S.C., § 853(n)(1), ATF forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, in the county where the subject properties are situated, notice of this Order, notice of ATF's intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the subject forfeited properties must file a Petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F.  Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the properties, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject properties and any additional facts supporting the Petitioner's claim and the relief sought.

G.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties subject to this Order as a substitute for published notice as to those persons so notified.

H.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 31st day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court