IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:06CR209 |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND MENDOZA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's application to proceed *in forma pauperis* (Filing No. 109). The Court finds said application should be granted. Accordingly,

IT IS ORDERED that defendant's application is granted; defendant may proceed on appeal without prepayment of fees and costs.

DATED this 2nd day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court